# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

COURTNEY BRITTON                                              PLAINTIFF

v.                      No. 4:18-cv-584-DPM

DOC HOLLADAY, Pulaski County Jail;
and PULASKI COUNTY SHERIFF'S OFFICE          DEFENDANTS

## ORDER

Britton hasn't responded to the recommendation; his mail is still being returned undelivered. № 19. Unopposed recommendation, № 18, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Britton's amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 November 2018