# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**COURTNEY BRITTON**                                   **PLAINTIFF**

v.                  No. 4:18-cv-584-DPM

**DOC HOLLADAY, Pulaski County Jail;**
**and PULASKI COUNTY SHERIFF'S OFFICE**        **DEFENDANTS**

## JUDGMENT

Britton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 November 2018